■ KEW FOREST NEIGHBORHOOD ASSOCIATION, INC., et al., Respondents, v RITA LIEBERMAN et al., Appellants. [725 NYS2d 897] —In an action, *inter alia,* to permanently enjoin the construction of an apartment building as being in violation of a restrictive covenant, the defendants appeal from stated portions of an order of the Supreme Court, Queens County (Schmidt, J.), dated September 19, 2000, which, *inter alia,*

denied their cross motion to dismiss the complaint for lack of standing and granted the plaintiffs' motion for a preliminary injunction.

Ordered that the order is affirmed insofar as appealed from, with costs.

Contrary to the defendants' contention, the Supreme Court properly granted the plaintiffs' application for a preliminary injunction. The plaintiffs established a likelihood of success on the merits, irreparable harm absent the granting of the injunction, and that the balance of the equities is in their favor (*see, Aetna Ins. Co. v Capasso,* 75 NY2d 860; *Grant Co. v Srogi,* 52 NY2d 496).

The defendants' remaining contentions are without merit. Santucci, J. P., Goldstein, Luciano and Adams, JJ., concur.